**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

**GREGORY J. STEWART**                                          CIVIL ACTION

**VERSUS**                                                      NO. 20-3338

**PARAKOU SHIPPING, LTD.,**                                     SECTION "B"(3)
**ET AL.**

<u>**ORDER**</u>

**IT IS ORDERED** that plaintiff Gregory J. Stewart's "Unopposed Motion to Continue Pretrial Deadlines" (Rec. Doc. 10) is **GRANTED** as limited herein. The Scheduling Order (Rec. Doc. 9) is amended to provide as follows:

(1) written reports of plaintiff's experts related to the inspection of M/V CP Tianjin shall be delivered to counsel for defendants <u>**no later than September 20, 2021**</u>. All other expert deadlines shall remain in place as scheduled for <u>**August 20, 2021**</u>;

(2) written reports of defendants' experts related to the inspection of M/V CP Tianjin shall be delivered to counsel for plaintiff <u>**no later than October 20, 2021**</u>. All other expert deadlines shall remain in place as scheduled for <u>**September 20, 2021**</u>; and

(3) the deadline for depositions and other discovery related to the inspection of the M/V CP Tianjin and the parties' vessel inspection experts shall be completed <u>**no later than**</u>

**November 5, 2021**. The discovery completion deadline as to all other matters shall remain **October 19, 2021**.

**IT IS FURTHER ORDERED** that all other deadlines including the pretrial conference and trial dates in the Court's Scheduling Order (Rec. Doc. 9) shall remain undisturbed.

New Orleans, Louisiana this 6th day of August, 2021

_____
SENIOR UNITED STATES DISTRICT JUDGE